**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NITTANY NOVA AGGREGATES, LLC, | : | Case No. 4:16-CV-00120 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| WM CAPITAL PARTNERS, LLC and | : | |
| WM CAPITAL PARTNERS, XXXIX, LLC,| : | |
| | : | |
| Defendants. | : | |

## ORDER

October 26, 2016

AND NOW, in accordance with a Memorandum of this same date, IT IS

HEREBY ORDERED THAT:

1.    Defendants' Motion to Dismiss Plaintiff's Complaint (ECF No. 4) is

GRANTED in part and DENIED in part.

2.    Defendants' Motion to Dismiss is GRANTED with respect to

Plaintiff's conspiracy (Count I), fraudulent misrepresentation/inducement

(Count II), and negligent misrepresentation/inducement (Count III) claims.

3.    Defendants' Motion to Dismiss is similarly GRANTED with respect

to Plaintiff's request for attorney's fees.

4.      Plaintiff is, however, given leave to file an Amended Complaint

within twenty-one (21) days of the date of this Order re-asserting the

dismissed tort claims.


BY THE COURT:


___s/ Matthew W. Brann_____
Matthew W. Brann
United States District Judge