**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

NITTANY NOVA AGGREGATES, LLC,   :        Case No. 4:16-CV-00120
                                :
          Plaintiff,            :        (Judge Brann)
                                :
          v.                    :
                                :
WM CAPITAL PARTNERS, LLC and    :
WM CAPITAL PARTNERS, XXXIX, LLC,:
                                :
          Defendants.           :

**ORDER**

**February 27, 2017**

    **AND NOW**, in accordance with the Memorandum of this same date, **IT IS**

**HEREBY ORDERED THAT:**

1. Plaintiff Nittany Nova Aggregates, LLC's Emergency Motion for
   Temporary Restraining Order and for Preliminary Injunction (ECF No.
   21) is **DENIED.**  The proceeds from the online auction currently being
   held in the escrow account of defendant's counsel may be released to
   Defendants;

2. Defendants WM Capital Partners, LLC and WM Capital Partners,
   XXXIX, LLC's Motion for Involuntary Dismissal (ECF No. 24) is
   **DENIED;**

3.  Plaintiff Nittany Nova Aggregates, LLC's Cross Motion for Leave to Amend Complaint Nunc Pro Tunc (ECF No. 31) is **GRANTED**.

4.  Defendants are therefore directed to file a responsive pleading within twenty-one (21) days of the date of this Order.

BY THE COURT:

<u>s/ Matthew W. Brann</u>
Matthew W. Brann
United States District Judge